WM. P. BENSEL, RECEIVER, ETC., OF THE NEW YORK AND PENNSYLVANIA BLUE-STONE COMPANY, RESPONDENT, v. JOHN GALT AND OTHERS, APPELLANTS.

*Reference where fraud is alleged — when ordered.*

THIS was an appeal from an order of reference, made in the above entitled action, at the Kings county Special Term.

* Siemon v. Schurck, 29 N. Y., 598; Davis v. Graves, 29 Barb., 480; Woodworth v. Sweet, 51 N. Y., 8; Foote v. Bryant, 47 id., 544; Claflin v. Welch, 51 id., 626; Baldwin v. Ryan, 3 N. Y. Supreme Ct., 254.

A contract was entered into between the New York and Pennsylvania Blue-stone Company and the defendants, for the purchase of certain stone for the defendants. The plaintiff alleged that the defendants kept false accounts, and sought to recover a balance alleged to be due upon a true statement of the account. The order of reference of the whole issue was made upon the plaintiff's stipulating to claim, on the trial, only the amount received by the defendants in excess of the contract. Upon this state of facts, the court was of opinion that nothing was left to be investigated, but a mere account of moneys received by the defendants, according to a true and just statement of the account.

*Fullerton, Knox & Crosby*, and *E. A. Brewster*, for the appellants.

*E. Louis Lowe*, for the respondents.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order affirmed, with ten dollars costs of appeal.